**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)**

| | | |
|---|---|---|
| **DIETGOAL INNOVATIONS LLC,** § § | | |
| Plaintiff, § | Civil Action No. 2:13-cv-00154-RAJ-TEM | |
| v. § § | **Jury Trial Demanded** | |
| **WEGMANS FOOD MARKETS, INC.,** § § | **LEAD CASE** | |
| Defendant. § | | |

| | | |
|---|---|---|
| **DIETGOAL INNOVATIONS LLC,** § § | | |
| Plaintiff, § | Civil Action No. 2:14-cv-00143-RAJ-TEM | |
| v. § § | **Jury Trial Demanded** | |
| **GENERAL MILLS SALES, INC.,** § § | | |
| Defendant. § | | |

**NOTICE OF REQUEST FOR ORAL ARGUMENT**

Defendant General Mills Sales, Inc. ("General Mills"), by counsel, hereby requests oral argument on Defendant General Mills Sales, Inc.'s Motion to Sever and for Expedited Trial Schedule (Doc. No. 88).

Dated: May 16, 2014

Respectfully submitted,

/s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: 757-624-3000
Facsimile: 757-624-3169
senoona@kaufcan.com

Scott J. Bornstein *(pro hac vice)*
Allan A. Kassenoff *(pro hac vice)*
Julie P. Bookbinder *(pro hac vice)*
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Facsimile: 212-801-6400
bornsteins@gtlaw.com
kassenoffa@gtlaw.com
bookbinderj@gtlaw.com

*Attorneys for Defendant General Mills Sales, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Christopher M. Joe *(pro hac vice* pending*)*
    Brian A. Carpenter
    Eric W. Buether *(pro hac vice* pending*)*
    Mark D. Perantie
    Michael D. Ricketts *(pro hac vice* pending*)*
    Monica N. Tavakoli
    Niknaz F. Bukovcan *(pro hac vice* pending*)*
    BUETHER JOE & CARPENTER, LLC
    1700 Pacific Avenue, Suite 4750
    Dallas, TX 75201
    Telephone: 214-466-1270
    Facsimile: 214-635-1842
    Chris.joe@BJCIPLaw.com
    Brian.Carpenter@BJCIPLaw.com
    Eric.Buether@BJCIPLaw.com
    Mark.Perantie@BJCIPLaw.com
    Mickey.Ricketts@BJCIPLaw.com
    Monica.Tavakoli@BJCIPLaw.com
    Niky.Bukovcan@BJCIPLaw.com

    Steven M. War
    MCNEELY HARE & WAR LLP
    5335 Wisconsin Ave, NW, Suite 440
    Washington, DC 20015
    Telephone: 202-536-5877
    Facsimile: 202-478-1813
    steve@miplaw.com

    *Counsel for Plaintiff, DietGoal Innovations LLC*

Dabney J. Carr, IV
Virginia State Bar No. 28679
Harrison S. Kelly
Virginia State Bar No. 80546
Robert A. Angle
Virginia State Bar No. 37691
Stanley W. Hammer
Virginia State Bar No. 82181
TROUTMAN SANDERS LLP
1001 Haxall Point
P. O. Box 1122
Richmond, VA  23219
Telephone:  804-697-1200
Facsimile: 804-697-1339
Dabney.carr@troutmansanders.com
Scott.kelly@troutmansanders.com
Robert.angle@troutmansanders.com
Stanley.hammer@troutmansanders.com

Richard D. Rochford
HAYNES AND BOONE LLP
30 Rockefeller Plaza, 26th Floor
New York, NY  10112
Telephone:  212-659-4984
Facsimile:  212-884-9572
Richard.rochford@haynesboone.com

*Counsel for Defendant Wegmans Food Markets, Inc.*

Paul J. Cronin
Eugene A. Feher
James C. Hall
NUTTER MCCLENNEN & FISH LLP
155 Seaport Blvd.
Seaport West
Boston, MA  02210
Telephone:  617-439-2000
Facsimile:  617-310-9295
pcronin@nutter.com
gfeher@nutter.com
jhall@nutter.com

Brian N. Casey
James E. Brydges, Jr.
TAYLORWALKER PC
555 E. Main Street, Suite 1300
Norfolk, VA 23510
Telephone: 757-625-7300
Facsimile: 757-625-1504
bcasey@taylorwalkerlaw.com
jbrydges@taylorwalkerlaw.com

*Counsel for Defendants Dunkin' Brands Group, Inc.
and Domino's Pizza, Inc.*

/s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: 757-624-3000
Facsimile: 757-624-3169
senoona@kaufcan.com

13139130v1